1 Security Company
30 Ticehurst Lane
Marblehead MA 01945


Atlas Mortgage Corp
109 Oak Street
Newton MA  02464


Bank of America
PO Box 15019
Wilmington DE 19886-5019


Bank of America Visa
PO Box 15710
Wilmington DE 19885-5710


Berube Electric Co Inc
PO Box 537
Dracut MA 01826


Burbeck Falls LLC
co Kevin E Buck Esq
133 Merrimack Street
Lowell MA 01852


Capital One Bank NA
PO Box 71083
Charlotte NC 28272-1083


Capital One Bank NA
PO Box 71083
Charlotte NC 28272-1083


Capital One Bank NA
PO Box 71083
Charlotte NC 28272-1083


Capital One Bank NA
PO Box 71083
Charlotte NC 28272-1083

Chase
Cardmember Services
PO Box 15153
Wilmington DE 19886-5153

Chittendenbank
100 Main Street
Brattleboro VT

CitiCards
PO Box 82564
Columbus OH 43218-2564

CitiMortgage Corp
PO Box 689196
Des Moines IA  50368-9196

Discover Card
PO Box 6103
Carol Stream IL 60197-6103

Ford Motor Credit
PO Box 94380
Palatine IL 60094-4380

Garelick Farms
1199 West Central Street
Franklin MA 02038

Home Depot Card Services
Processing Center
Des Moines IA 50364-0500

Home Depot Card Services
Processing Center
Des Moines IA 50364-0500

Internal Revenue Service
Insolvency Unit - Stop 20800
PO Box 9112
Boston MA 02203

Internal Revenue Service
Insolvency Unit - Stop 20800
PO Box 9112
Boston MA 02203


Juniper Bank
Card Services
PO Box 13337
Philadelphia PA 19101-3337


Louis A Saab
175 Central Street Suite 234
Lowell MA  01852


MA Department of Revenue
PO Box 7021
Boston MA  02204


Massachusetts Dept of Revenue
Litigation Bureau - Bankruptcy Unit
100 Cambridge Street
Boston MA 02114


Niman Paper Supply
149 Greenwood Street
Worcester MA 01607


Office Depot
PO Box 689020
Des Moines IA 50368


Primarque Products Co Inc
11 Sadie Hutt Lane
Southborough MA 01702


Reliable Refrigeration Inc
52 Mammoth Road
Lowell MA 01854

Rynone Packaging Co
184 Route 17C
Waverly NY 14892


Sams Club
PO Box 981064
El Paso TX 79998


Scott M Jamieson Esq
Shocket Law Office LLC
13 Tech Circle
Natick MA  01760


Sears Credit Cards
PO Box 183082
Columbus OH 43218-3082


Skal Beverages East
31 Eastman Street
PO Box 303
Easton MA 02334


Sony Card
Cardmember Services
PO Box 15153
Wilmington DE 19886-5153


Sovereign Bank
450 Penn Street
Reading PA  19602


Sovereign Bank
450 Penn Street
Reading PA  19602


Sovereign Bank
450 Penn Street
Reading PA  19602

```
Sovereign Bank
450 Penn Street
Reading PA   19602


Sovereign Bank
601 Penn Street
Reading PA   19603


Sovereign Bank
PO Box 12707
Reading MA 19612-0207


Staples Credit Plan
PO Box 689020
Des Moines IA 50368-9020


Wal-Mart Discover
PO Box 960024
Orlando FL 32896-0024
```