# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WORCESTER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GARY F. FRASCARELLI | § | CASE NO. 10-40810-HJB |
| | § | CHAPTER 13 |
| DBA GARY'S ICE CREAM | § | |
| | § | JUDGE HENRY J. BOROFF |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**CitiMortgage, Inc.**
**1000 Technology Drive**
**O Fallon, Missouri 63368-2240**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 4360-N-4536
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for CitiMortgage, Inc.

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before March 10, 2010:

**Debtors' Attorney**
Michael B. Feinman
Feinman Law Offices
The Bank of America Building 23 Main Street
Andover, MA  01810

**Chapter 13 Trustee**
Denise M. Pappalardo
P.O. Box 16607
Worcester, Massachusetts 01601

**U.S. Trustee**
Office of the US Trustee
44 Front Street, Fourth Street
Worcester, Massachsetts 01608

                            /s/ Joe M. Lozano, Jr.

                            Joe M. Lozano, Jr.

4360-N-4536
noaelect