## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE:  Gary F. Frascarelli | ) | Case No.  10-40810-hjb |
| | ) | **Chapter 13 Proceeding** |
| Debtor | ) | March 16, 2010 |

### NOTICE OF APPEARANCE AND REQUEST FOR
### ALL NOTICES AND PLEADINGS

    Jeffrey J. Hardiman of the firm of Bendett & McHugh, P.C. hereby appears on behalf of Sovereign Bank and requests, pursuant to Bankruptcy Rule 2002(g), that Jeffrey J. Hardiman, Esq. of Bendett & McHugh, P.C. receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, conformed copies of orders, and any other documents or instruments filed in the above-captioned bankruptcy proceeding.  All such documents should be served upon the following:

        **Jeffrey J. Hardiman, Esq.**
        **Bendett & McHugh, P.C.**
        **160 Farmington Avenue**
        **Farmington, CT  06032**

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy, or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Farmington, Connecticut this 16th day of March, 2010.

By */s/ Jeffrey J. Hardiman*
Jeffrey J. Hardiman
Movant's Attorney
Federal Bar No. 649855
Bendett & McHugh, P.C.
160 Farmington Avenue
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 677-4549
Email: BKECF@bmpc-law.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In Re: 10-40810-hjb** ) | **Chapter 13 Proceeding** |
| ) | |
| **Gary F. Frascarelli** ) | |
|     Debtor ) | |
| ) | |
| **Sovereign Bank** ) | |
|     Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| **Gary F. Frascarelli** ) | |
| **and Denise M. Pappalardo, Trustee** ) | |
|     Respondent ) | **March 16, 2010** |

## CERTIFICATION OF SERVICE

I hereby certify that, on the 16th day of March, 2010, a copy of the foregoing was served to the following:

Gary F. Frascarelli
Debtor
1056 Carlisle Street
Chelmsford MA  01824
*Via First Class Mail*

Denise M. Pappalardo
Trustee
*Via Electronic Notice of Filing*

Michael B. Feinman
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
*Via Electronic Notice of Filing*

By */s/ Jeffrey J. Hardiman*
Jeffrey J. Hardiman
Movant's Attorney
Federal Bar No. 649855
Bendett & McHugh, P.C.
160 Farmington Avenue
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 677-4549
Email: BKECF@bmpc-law.com