# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>Gary F. Frascarelli dba Gary's Ice Cream,<br><br>                      Debtor. | Chapter 13<br>Case No. 10-40810-HJB |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
PURSUANT TO BANKRUPTCY RULE 2002**

TO THE CLERK OF THE COURT AND ALL PARTIES:

     PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002, Atlas Mortgage Corp., by and through its Counsel, Jacob A. Esher and the law firm of Altman Riley Esher LLP, hereby appears in the above-captioned case and requests that notices of all matters and copies of all pleadings filed in the case be served upon its attorneys, as follows:

                      Jacob A. Esher, Esq.
                      **ALTMAN RILEY ESHER LLP**
                      100 Franklin Street
                      Boston, Massachusetts 02110
                      617-399-7300 (telephone)
                      617-449-9511(facsimile)
                      esher@are-law.com

                      Respectfully submitted,
                      ATLAS MORTGAGE CORP.,
                      By its attorney,

                      /s/ Jacob A. Esher
                      Jacob A. Esher (BBO: 544885)
                      **ALTMAN RILEY ESHER LLP**
                      100 Franklin Street
                      Boston, Massachusetts 02110
                      617-399-7300 (telephone)
                      617-449-9511(facsimile)
Dated: March 16, 2010           esher@are-law.com

## CERTIFICATE OF SERVICE

    I, Jacob A. Esher, hereby certify that on March 16, 2010, I served a copy of the foregoing upon the following persons, via the CM/ECF System, first class mail, postage prepaid, facsimile, and/or electronic mail, as indicated:

Via CM/ECF:
Richard King, Esquire, Assistant U.S. Trustee
Denise M. Pappalardo, Esquire, Chapter 13 Trustee
Michael B. Feinman, Esq. for the Debtor
Deirdre M. Keady, Esq. for CitiMortgage, Inc.
Jeffrey J. Hardiman, Esq. for Sovereign Bank

                                    /s/ Jacob A. Esher