## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CHAPTER 13 CASE NO. 10-40810   HJB**

|  |  |
|---|---|
| **IN RE** | ) |
| **Gary F. Frascarelli** | ) |
| **d/b/a Gary's Ice Cream,** | ) |
| **DEBTOR** | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

    Please take notice that Thomas F. Fleming, Esquire appears for Louis M. Saab, Creditor, and requests that all documents including but not limited to Orders, Motions, Pleadings and / or Notices of any kind relative to this case be served upon <u>Thomas F. Fleming, Esquire, Law Offices of Louis M. Saab, 175 Central Street, Suite 234, Lowell, Massachusetts 01852</u>, pursuant to Bankruptcy Rules.

                                    Respectfully,
                                    Louis M. Saab, Creditor,
                                    by his attorney,

DATE: June 9, 2010                    /s/Thomas F. Fleming_____
                                                    Thomas F. Fleming, Esquire
                                                      BBO # 661190
                                                      978-314-3048
                                                      thomasffleming@yahoo.com

# CERTIFICATE OF SERVICE

      I hereby certify that on the 9TH day of June 2010, I electronically filed the attached Notice of Appearance and Request for Service on behalf of Louis M. Saab, Creditor. I further hereby certify that upon receipt of the notice of electronic service of the same, a copy of said document will be served via first class mail, postage prepaid, to any of the parties listed below not noted as having received electronic service, said service being made on the 9TH day of June 2010.

| | |
|---|---|
| Denise M. Pappalardo, Esquire<br>Chapter 13 Trustee<br>P.O. Box 16607<br>Worcester, MA  01601 | Richard King, Esquire<br>Office of the U.S. Trustee<br>446 Main Street, 14th Floor<br>Worcester, MA  01608 |
| Michael B. Feinman, Esquire<br>The Feinman Law Offices<br>The Bank of America Bldg.<br>23 Main Street<br>Andover, MA  01810 | Gary F. Frascarelli<br>105 Carlisle Street<br>Chelmsford, MA  01824 |

DATE: June 9, 2010                                        /s/Thomas F. Fleming_____
                                                                               Thomas F. Fleming, Esquire
                                                                               BBO # 661190
                                                                               978-314-3048
                                                                               thomasffleming@yahoo.com