**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN/WESTERN DIVISION**

Chapter 13

In re:   Gary F. Frascarelli

Case Number: 10-40810 HJB

**DEBTOR**

**WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE FOR  PREPETITION TAX RETURNS**

Please take notice that based upon further information provided by the debtor, Navjeet K. Bal, as she is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through her undersigned agent and attorney-in-fact, hereby withdraws the *Unfiled Prepetition Tax Return Notice By Commissioner Of Massachusetts Department Of Revenue.*

**NAVJEET K. BAL**
**COMMISSIONER**
**MASSACHUSETTS DEPARTMENT OF REVENUE**

By her duly authorized agent,

/s/William F. Connor

Massachusetts Department of Revenue
Bankruptcy Unit - Litigation Bureau
100 Cambridge Street, P.O. Box 9564
Boston, MA 02114-9564
(617) 626-3875



**MASSACHUSETTS DEPARTMENT OF REVENUE**
**LITIGATION BUREAU - BANKRUPTCY UNIT**
100 CAMBRIDGE STREET  - 7th FLOOR, BOSTON
<u>Mailing Address:</u>   P. O.  BOX 9564, BOSTON, MA  02114
Phone:  (617) 626-3875   Fax:  (617) 626-3796

NAVJEET K. BAL
COMMISSIONER

## **CERTIFICATE OF SERVICE**

I, William F. Connor,  hereby certify that I have caused the attached Commissioner of  the Massachusetts Department of Revenue's withdrawal of Unfiled Prepetition Tax Returns and Request For The Same Pursuant To 11 U.S.C. Section 1308, to be served by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon:

Michael B. Feinman, Esq.
23 Main Street
Andover, MA 01810

Chapter 13 Trustee
P.O Box 16607
Worcester, MA 01601-1601

/s/William F. Connor

Massachusetts Department of Revenue