UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>Gary F. Frascarelli d/b/a<br>Gary's Ice Cream<br>　　　　　　Debtor | Chapter 13<br><br>Case No. 10-40810-HJB |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Tali A. Tomsic, hereby certify that I have this day served the Debtor's Motion for Authority to Amended Chapter 13 Plan in the above matter, by mailing a true and accurate copy of same, if not shown as being served electronically, via first class mail and postage prepaid, to the following parties in interest:

And all parties on the attached list.

Dated: July 23, 2010　　　　　　　　　　　　/s/ Tali A. Tomsic
　　　　　　　　　　　　　　　　　　　　　　Tali A. Tomsic

09x4621/SuppCOS-Motion to Amend Plan

Thomas F. Flemming, Esq.
P.O. Box 7093
Lowell, MA 01852


1 Security Company
30 Ticehurst Lane
Marblehead MA 01945


Atlas Mortgage Corp
109 Oak Street
Newton MA 02464


Bank of America
PO Box 15019
Wilmington DE 19886-5019


Bank of America Visa
PO Box 15710
Wilmington DE 19885-5710


Berube Electric Co Inc
PO Box 537
Dracut MA 01826


Burbeck Falls LLC
co Kevin E Buck Esq
133 Merrimack Street
Lowell MA 01852

Capital One Bank NA
PO Box 71083
Charlotte NC 28272-1083

Chase
Cardmember Services
PO Box 15153
Wilmington DE 19886-5153


Chittendenbank
100 Main Street
Brattleboro VT

CitiCards
PO Box 82564
Columbus OH 43218-2564


CitiMortgage Corp
PO Box 689196
Des Moines IA 50368-9196


Discover Card
PO Box 6103
Carol Stream IL 60197-6103


Ford Motor Credit
PO Box 94380
Palatine IL 60094-4380


Garelick Farms
1199 West Central Street
Franklin MA 02038

Home Depot Card Services
Processing Center
Des Moines IA 50364-0500

Internal Revenue Service
Insolvency Unit - Stop 20800
PO Box 9112
Boston MA 02203

Juniper Bank
Card Services
PO Box 13337
Philadelphia PA 19101-3337

Louis A Saab
175 Central Street Suite 234
Lowell MA 01852

MA Department of Revenue
PO Box 9564
Boston MA 02114

Massachusetts Dept of Revenue
Litigation Bureau - Bankruptcy Unit
100 Cambridge Street
Boston MA 02114


Attn: Chuck Hurst Bankruptcy Analyst
Revenue Enforcement Administration
Division of Unemployment Assistance
19 Staniford Street
Boston, MA 02114


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Niman Paper Supply
149 Greenwood Street
Worcester MA 01607


Office Depot
PO Box 689020
Des Moines IA 50368


Primarque Products Co Inc
11 Sadie Hutt Lane
Southborough MA 01702


Reliable Refrigeration Inc
52 Mammoth Road
Lowell MA 01854


Rynone Packaging Co
184 Route 17C
Waverly NY 14892


Sams Club
PO Box 981064
El Paso TX 79998

Scott M Jamieson Esq
Shocket Law Office LLC
13 Tech Circle
Natick MA 01760


Sears Credit Cards
PO Box 183082
Columbus OH 43218-3082


Skal Beverages East
31 Eastman Street
PO Box 303
Easton MA 02334


Sony Card
Cardmember Services
PO Box 15153
Wilmington DE 19886-5153

Sovereign Bank
450 Penn Street
Reading PA  19602

Sovereign Bank
601 Penn Street
Reading PA  19603

Sovereign Bank
PO Box 12707
Reading MA 19612-0207

Staples Credit Plan
PO Box 689020
Des Moines IA 50368-9020

Wal-Mart Discover
PO Box 960024
Orlando FL 32896-0024

Joe M. Lozano, Jr.
Brice, Vander Linden & Wernick
9441 LBJ Freeway, Suite 350
Dallas, TX  75243